State v. Means

---

derson County. In this action he was charged in a proper bill of indictment with a second offense of escape. He entered a plea of not guilty to this charge. The jury returned a verdict of guilty of felonious escape and defendant was sentenced to two years imprisonment.

The State's evidence tended to show that on 10 June 1972 Banks was duly serving a term in the Henderson County Prison Unit, 6045 for non-felonious breaking and entering and non-felonious larceny. Prison guard Hugh McLean testified that he had seen Banks in the prison around 5:00 p.m. on the day in question but another guard, Sam Reed, stated that a check at 10:00 p.m. revealed that defendant was not in the prison. Both guards testified that Banks did not have permission to leave the unit. Banks was apprehended in an Asheville apartment on 24 September 1972.

Banks did not offer any evidence.

*Attorney General Morgan, by Associate Attorney Speas, for the State.*

*Howe & Waters, by R. Charles Waters, for defendant appellant.*

---

STATE OF NORTH CAROLINA v. BERNADETTE PATRICIA MEANS

No. 7318SC464

(Filed 25 July 1973)

APPEAL by defendant from *Lupton, Judge,* 29 January 1973 Regular Criminal Session of Superior Court held in GUILFORD County, Greensboro Division.

Defendant was charged in a bill of indictment proper in form with (1) forgery and (2) uttering a forged bank check. When the cases were called for trial, the State took a nol pros with leave as to the forgery count and defendant tendered a plea of guilty to the uttering count. After an examination of defendant and determining that the plea of guilty was freely, understandingly and voluntarily made, without undue influence, compulsion or duress, and without promise of leniency, the court accepted the plea. Following the hearing of evidence, the court entered judgment sentencing defendant to prison for a period of six months with an order to the Department of Correction that defendant be given treatment for drug addiction.

Defendant appealed.

*Attorney General Robert Morgan by Lester V. Chalmers, Jr., Assistant Attorney General, for the State.*

*Vaiden P. Kendrick, Assistant Public Defender, attorney for defendant appellant.*

BRITT, Judge.

Defendant's counsel candidly admits that he can find no error to assign but asks this court to review the record. This we have done and find the record to be free from prejudicial error.

The judgment appealed from is

Affirmed.

Judges HEDRICK and VAUGHN concur.